IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HENRY CLIFFORD BYRD, SR.,        )
                                 )
        Petitioner,               )
                                 )
    v.                           )       1:15CV131
                                 )
SHERIFF OF FORSYTH COUNTY,       )
et al.,                          )
                                 )
        Respondent(s).           )

**ORDER**

On May 19, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4 and 5.) Petitioner timely filed objections (Doc. 6) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE.** A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of July, 2015.

_____
         United States District Judge